IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTIRCT OF MISSISSIPPI

| | |
|---|---|
| **RE: JAMES D. AND ELIZABETH A. FORD** | **CASE NO. 22-12848** |
| **DEBTORS** | **CHAPTER 13** |

| | |
|---|---|
| **JAMES D. AND ELIZABETH A. FORD** | **PLAINTIFF** |
| **V.** | **ADVERSARY NO.** |
| **RIDES TO GO, INC.** | **DEFENDENT** |

**MOTION TO COMPEL**
**TURNOVER OF CERTAIN PERSONAL PROPERTY**

COME NOW the plaintiffs/debtors, James D. and Elizabeth A. Ford, and allege and request as follows:

(1) That this is an adversary proceeding brought pursuant to Rule 7001(1) F.B.R. Bankr.P. and 11 U.S.C. 542(a) to compel the Defendant, Rides to Go, Inc., to turnover certain personal property; namely, a 2008 Toyota Tundra vehicle identification number 5TFRV54188X058160.

(2) That this Court has jurisdiction under the provisions of 28 U.S.C. 1334, 151, and 157(a).

(3) That this Court has jurisdiction under the provision of 28 U.S.C. 157 (b)(2)(c) this is a core proceeding. See also Rule 7008(a) F.R. Bankr. P.

(4) That under the particular facts and circumstances and applicable law the Plaintiff is entitled to possession of the above-described of the estate for use as contemplated in 11 U.S.C. 363.

   a. Plaintiffs/Debtors filed a Chapter 13 Petition on November 2, 2022.
   b. Plaintiffs/Debtors previously financed a 2008 Toyota Tundra, VIN number listed above, through Rides to Go, Inc.
   c. The 2008 Toyota Tundra was repossessed by Rides to Go, Inc., on October 25, 2022.
   d. Notice has been given of the Chapter 13 filing and demand has been made for the return of the 2008 Toyota Tundra; however, Rides to Go, Inc., has refused to release the vehicle.

    e. Plaintiffs/Debtors have insurance on said vehicle and have provided such to Rides to Go, Inc., and shall pay adequate protection payments per the Chapter 13 Plan.

    f. Rides to Go, Inc.'s refusal to promptly turnover the said vehicle constitutes a willful and unlawful exercise of control of the property of the estate in violation of the automatic stay, and therefore should be liable for damages, costs and attorney fees.

    g. Debtors request an expedited hearing to resolve this issue for the benefit of all parties involved.

**WHEREFORE,** Plaintiffs/Debtors respectfully pray for an expedited hearing and an Order directing turnover of the above-described property of the estate from the Defendant/Creditor.  Furthermore, that the Plaintiffs/Debtors be awarded reasonable attorney fees, Court costs, punitive and compensatory damages, and any other relief deemed by this Court.

RESPECTFULLY SUBMITTED,

**JAMES D. AND ELIZABETH A. FORD**

BY:    */s/ Kimberly B. Bowling*
        KIMBERLY B. BOWLING, MSBN: 99906
        Attorney for the Plaintiffs

MITCHELL & CUNNINGHAM, PC
112 N. Broadway
P.O. Box 7177
Tupelo, MS 38804-7177
(662) 407-0408
kimbowling@mitchellcunningham.com

## **CERTIFICATE OF SERVICE**

This is to certify that I, Kimberly B. Bowling, Attorney for Plaintiffs/Debtors, have this day served a true and correct copy of the above and foregoing Complaint by electronic mail and/or U.S. Mail, first class, postage prepaid, to the following:

Terre M. Vardaman
VARDAMAN13ECF@gmail.com

U. S. Trustee
USPTRegion05.AB.ECF@usdoj.gov

Registered Agent for Rides to Go, Inc.:
Vick L. Etheridge
41 Henson Road
P.O. Box 1918
Corinth, MS  38835-1918

Rides to Go, Inc.
1700 Hwy 72 West
Corinth, MS  38834

Trout Law Firm
Attn: Hon. Clark Trout
Attorney for Rides to Go, Inc.
2084 Old Taylor Road, Suite 106
Oxford, MS  38655

SO CERTIFIED on this the 8th day of November 2022.

*/s/ Kimberly B. Bowling*
KIMBERLY B. BOWLING
Attorney at Law